# In the United States Court of Federal Claims

No. 06-944L

(Filed: January 12, 2007)

THE TOHONO O'ODHAM NATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Eric G. Bruggink, it is **ORDERED** that this civil action shall be transferred to Judge Eric G. Bruggink. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge