# In the United States Court of Federal Claims

**No. 06-944 L**
**Filed: January 16, 2007**

THE TOHONO O'ODHAM NATION

v.

THE UNITED STATES

**CORRECTED**
**NOTICE OF REASSIGNMENT TO:**

**Judge Eric G. Bruggink**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop
Brian Bishop, Clerk