IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-944L |
| | ) | Judge Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed 2/21/07** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED VERSION OF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER**

Defendant respectfully files this motion for leave to file a corrected version of its Unopposed Motion for Enlargement of Time Within Which to File its Answer or Otherwise Respond to the Complaint and [Proposed] Order [Docket. # 8]. After making the filing earlier today, counsel for Defendant discovered that he had inadvertently undertaken the filing using an incorrect earlier draft version of the Motion.

In the corrected version of Defendant's Unopposed Motion for Enlargement of Time Within Which to File its Answer or Otherwise Respond to the Complaint (attached hereto as Exhibit 1), Defendant has made changes to the following paragraphs of the Motion:

1. Defendant has deleted former paragraph numbered five from the corrected motion.

2. Defendant has re-written former paragraph numbered six, and re-numbered the paragraph as paragraph number five in the correction motion.

3. Defendant has re-written the statement characterizing the exchange between counsel in former paragraph numbered seven, and re-numbered the paragraph as paragraph number six in

the corrected motion.

4. The remaining changes to the corrected motion are not material to the substance of the motion.

Counsel regrets any inconvenience or confusion to the Court or opposing counsel, as a result of his inadvertent filing error.

WHEREFORE, Defendant respectfully requests that this Court grant leave to substitute the corrected motion for the previously filed motion.

Respectfully submitted this 21st day of February, 2007,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

*s/ Kevin J. Larsen*
KEVIN J. LARSEN, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division

Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021