IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-944L |
| | ) | Judge Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed 2/21/07** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendant United States of America respectfully moves this Court for a twenty-eight (28) day enlargement of time, to and including March 27, 2007 within which to file an Answer or otherwise respond to the Complaint. This motion is Defendant's first such motion. The grounds for this motion are as follows:

1. Plaintiff filed this case on December 29, 2006. Additionally, Plaintiff filed a companion case for declaratory and injunctive relief in the United States District Court for the District of Columbia on December 28, 2006, Tohono O'Odham Nation v. Kempthorne, No. 06-cv-02236 (D.D.C.). Plaintiff's allegations in both cases relate to the trust accounting and trust mismanagement duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. Under RFCF 12, the deadline for Defendant to file its Answer or otherwise respond to the Complaint is currently February 27, 2007.

3. In addition to this case and Plaintiff's companion case in the United States

District

Court, Tohono O'Odham Nation v. Kempthorne, No. 06-cv-02236 (D.D.C.), Plaintiff's counsel has filed or is handling six other lawsuits against Defendant and/or the Secretaries of the Interior and the Treasury and the Special Trustee for American Indians, on behalf of three other tribes, in this Court and in the United States District Court for the District of Columbia. In total, Plaintiff's counsel is currently representing four Tribes (including Plaintiff), and, on behalf of those Tribes, and has filed or is handling four cases for damages in this Court (including this case)[1/] and four companion cases for declaratory and injunctive relief in the United States District Court.[2/] All of these cases are Tribal trust accounting and trust mismanagement cases.

4. By counsel's computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court, in the United States District Court for the District of Columbia, and in the United States District Courts in Oklahoma. Approximately 78 of these 103 cases were initiated within the last months of 2006. See Exhibit 1. This number includes the eight cases that have been filed or that are being handled by Plaintiff's counsel.

5. Counsel for Defendant has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from

[1/] The four cases that Plaintiff's counsel have filed or are handling in this Court are Ak-Chin Indian Community v. United States, No. 06-cv-00932-ECH; Passamaquoddy Tribe v. United States, No. 06-cv-00942-LJB; Salt River Pima-Maricopa Indian Community v. United States, No. 06-cv-00943; and Tohono O'Odham Nation v. United States, No. 06-cv-00944-EGB.

[2/] The four cases that Plaintiff's counsel have filed or are handling in the United States District Court are Ak-Chin Indian Community v. Kempthorne, No. 06-cv-02245-JR; Passamaquoddy Tribe of Maine v. Kempthorne, No. 06-cv-02240-JR; Salt River Pima-Maricopa Indian Community v. Kempthorne, No. 06-cv-02241; and Tohono O'Odham Nation v. Kempthorne, No. 06-cv-02236-JR.

the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury to prepare its Answer or response to the Complaint in this case, as well as the Complaints in the other seven cases filed by Plaintiff's counsel and in some of the cases filed by other Tribes and their attorneys. Nevertheless, given the sheer volume and logistics of handling the newly filed cases, especially when applied to the presently limited resources of the Departments of Justice (DOJ), the Treasury (Treasury), and the Interior (Interior), Defendant is unable to complete its Answer or response in this case in sufficient time, so that it can submit it for review and approval by the appropriate officials at DOJ, Interior, and Treasury; incorporate or address any comments; finalize the document; and file it on or before the February 27, 2007 filing deadline.

6. Defendant's counsel, Anthony P. Hoang, contacted Plaintiff's counsel Keith Harper about this motion on February 20, 2007, and, on February 21, Mr. Harper stated that Plaintiff does not oppose Defendant's request for extension.

7. On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case . On the other hand, the denial of this motion will adversely affect the ability of Defendant to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendant respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted this 21st day of February, 2007,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

*s/ Kevin J. Larsen*

KEVIN J. LARSEN, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20270