IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-944L |
| | ) | Judge Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed 2/21/07** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF ERRATA**

The Federal Defendant hereby gives notice of errata with regard to its proposed order filed in connection with Docket Entry # 9. The signature line on the Federal Defendant's Proposed Order should read Hon. Eric G. Bruggink. A corrected copy of the Federal Defendant's Proposed Order is attached hereto.

Respectfully submitted this 21st day of February, 2007,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

*s/ Kevin J. Larsen*
KEVIN J. LARSEN, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021