IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-944L |
| | ) | Judge Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed 2/21/07** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion for leave to file corrected copy of Defendant's unopposed motion for enlargement of time within which to answer or otherwise respond to the complaint. Upon consideration of the Defendant's motion and for good cause shown, it is hereby ordered that

1. The Defendant's motion should be and hereby is GRANTED;
2. Former Docket #8 shall be substituted with the Defendant's corrected motion.

SO ORDERED.

Date: ________________________ ________________________________________

HON. ERIC G. BRUGGINK

Judge, United States Court of Federal Claims