# In the United States Court of Federal Claims

No. 06-944L
(Filed: February 23, 2007)

THE TOHONO O'ODHAM NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This matter is before the Court on the Defendant's motion for enlargement of time within which to answer or otherwise respond to the complaint. Upon consideration of the Defendant's motion and for good cause shown, it is hereby ordered that:

1. The Defendant's motion should be and hereby is GRANTED;

2. Effective immediately, the time and obligation for Defendant to file its Answer or otherwise respond to the Complaint, is enlarged up to and including March 27, 2007.

SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge