# In the United States Court of Federal Claims

No. 06-944L
(Filed: April 5, 2007)

THE TOHONO O'ODHAM NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference is scheduled for Friday, April 20, 2007, at 11:00 a.m. eastern. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge