# In the United States Court of Federal Claims

No. 06-944L
(Filed: April 20, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
THE TOHONO O'ODHAM NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on April 20, 2007. Pursuant to representations made therein, defendant shall file a motion to dismiss based on the Section 1500 defense on or before May 18, 2007. The joint status report, previously scheduled to be filed on or before May 21, 2007, is deferred pending further order from the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge