IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-944L<br>Judge Eric C. Bruggink<br><br>**Electronically filed**: 6/12/07 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Court of Federal Claims Rule 6.1, Plaintiff, the Tohono O'odham Nation ("Tohono O'odham"), moves the Court for a fifteen (15) day extension of time to respond to Defendant's Motion to Dismiss through and including July 3, 2007. In support of its motion, Tohono O'odham shows the Court as follows:

1. On May 18, 2007, the Defendant, the United States of America ("Defendant"), filed a Motion to Dismiss.

2. Under the Rules of the Court of Federal Claims, the deadline for Tohono O'odham to file a Response to Defendant's Motion to Dismiss is currently June 18, 2007.

3. Tohono O'odham has been working diligently to prepare its Response to Defendant's Motion to Dismiss. Due to unexpected intervening deadlines occurring in Tohono O'odham's counsel's other cases, however, Tohono O'odham needs more time to adequately prepare a Response to Defendant's Motion to Dismiss.

4. This motion is Tohono O'odham's first request for an extension of time to respond to Defendant's Motion to Dismiss.

5. Tohono O'odham's counsel, Keith Harper, contacted Defendant's counsel, Kevin Larsen, about this motion and on June 11, 2007, Mr. Larsen stated that he did not oppose Tohono O'odham's request for a fifteen (15) day extension of time to file a Response to Defendant's Motion to Dismiss.

6. Tohono O'odham's request for an extension of time to file a Response to Defendant's Motion to Dismiss is not made for purpose of harassment, delay or any other improper purpose. Additionally, none of the Parties will be prejudiced by the extension of time.

7. A proposed Order granting the instant motion is attached hereto.

Respectfully submitted, this the 12th day of June, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
The Tohono O'odham Nation

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-944L<br>Judge Eric C. Bruggink<br><br>**Electronically filed**: 6/12/07 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Kevin J. Larsen, Esq.
United States Department of Justice
Environment Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

This 12th day of June, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Tohono O'odham Nation