IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-944L<br>Judge Eric C. Bruggink<br><br>**Electronically filed**: 6/26/07 |

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss. After careful consideration and review of the motion, which Defendant does not oppose, the Court finds good cause and hereby GRANTS Plaintiff's Unopposed Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss. It is hereby ORDERED that Plaintiff's time to file a Response to Defendant's Motion to Dismiss is extended through and including July 11, 2007.

SO ORDERED this ____ day of ______________, 2007.

______________________________

Erik G. Bruggink
Judge