IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-944L |
| | ) | Judge Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | **Electronically filed 7/13/07** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY BRIEF**
**AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendant United States of America ("Defendant" or "The United States") respectfully moves this Court for a twenty-eight (23) day enlargement of time, to and including August 15, 2007 within which to file its reply brief in support of its Motion to Dismiss (Docket #16). This motion is Defendant's first such motion. The grounds for this motion are as follows:

1. On May 18, 2007, the Defendant filed a motion to dismiss the Plaintiff's Complaint (Docket # 1) pursuant to 28 U.S.C. § 1500.

2. Pursuant to RCFC 7.2(c), the deadline for Plaintiff to have filed its Response to the United States' motion was June 18, 2007.

3. On June 13 and 27, 2007 respectively, this Court granted Plaintiff's Unopposed Motions for Extension of Time to Respond to Defendant's Motion to Dismiss. (Docket #'s 18, 19).

4. On July 11, 2007, Plaintiff filed its Brief in Response to Defendant's Motion to Dismiss (Docket # 20).

5. Pursuant to RCFC 7.2(b), the current deadline for the Defendant to file its Reply brief is July 20, 2007.

6. In addition to the demands presented by this case, counsel for the United States is presently preoccupied with other active litigation matters, including but not limited to those associated with Salt River Pima-Maricopa Indian Community v. United States, No. 06-cv-00943-LMB (Fed. Cl.); Salt River Pima-Maricopa Indian Community v. Kempthorne, et al., No. 06-cv-02241-JR (D.D.C.), and Tohono O' Odham Nation v. Kempthorne, et al., No. 06-cv-02236-JR (D.D.C.).

7. Moreover, Counsel undersigned has annual leave planned on July 19-20, 2007, and is presently scheduled to be on official travel for much of the week beginning July 23, 2007. As such, the United States needs additional time to adequately prepare its reply brief

8. Counsel undersigned, contacted Plaintiff's counsel William Austin about this motion on July 13, 2007, and, on July 13, Mr. Austin stated that Plaintiff does not oppose Defendant's request for extension.

9. On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case . On the other hand, the denial of this motion will adversely affect the ability of Defendant to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendant respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted this 13th day of July, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Kevin J. Larsen*
KEVIN J. LARSEN, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20270