IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE TOHONO O'ODHAM NATION )
)
Plaintiff, )
)
v. ) Case No. 06-944L
) Judge Eric G. Bruggink
THE UNITED STATES OF AMERICA, )
) **Electronically filed 7/13/07**
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's Unopposed Motion for Enlargement of Time to File Reply Brief. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The Defendant's motion should be and hereby is GRANTED;

2. The Defendant shall have up to and including August 15, 2007 to file its Reply in Support of its Motion to Dismiss (Docket # 16).

SO ORDERED.

Date: ______________________________ ______________________________
HON. ERIC G. BRUGGINK
United States Court of Federal Claims