# In the United States Court of Federal Claims

No. 06-944L
(Filed: July 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
THE TOHONO O'ODHAM NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on defendant's motion to dismiss shall be heard on Wednesday, October 3, 2007, at 2:00 p.m. eastern in the National Courts Building, Washington, DC.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge