# In the United States Court of Federal Claims

No. 06-944L
(Filed: August 27, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
THE TOHONO O'ODHAM NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of July 19, 2007, is amended to reflect that the oral argument on defendant's motion to dismiss shall be heard on Wednesday, October 3, 2007, at 10:00 a.m. eastern in the National Courts Building, Washington, DC.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge