# In the United States Court of Federal Claims

**No. 06-944 L**

**THE TOHONO O'ODHAM NATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed December 19, 2007, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, for lack of jurisdiction pursuant to RCFC 12(b)(1). No costs.

Brian Bishop
Clerk of Court

**December 20, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.