#067677

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 14 2008
U.S. COURT OF FEDERAL CLAIMS

THE TOHONO O'ODHAM NATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 06-944L
Judge Eric C. Bruggink

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, the Tohono O'odham Nation, in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 20th day of December, 2007.

Respectfully submitted, this the 14th day of February, 2008.

KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
The Tohono O'odham Nation

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-944L<br>Judge Eric C. Bruggink |

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. App. P. 3(d)(1), the Clerk's Office for the United States Court of Federal Claims will send a copy of this Notice of Appeal to Counsel of Record. In addition, Plaintiffs have sent a copy via U.S. Mail to the following:

Kevin J. Larsen, Esq.
United States Department of Justice
Environment Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

This 14th day of February, 2008.

KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Tohono O'odham Nation